**No. 09-7915. Marlo U. Morales, Petitioner v. Ana Boatwright, Warden.**

559 U.S. 945, 130 S. Ct. 1516, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1216.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 580 F.3d 653.